

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAY OTHA CHEERS, III, | § | No. 08-23-00050-CV |
| Appellant, | § | Appeal from the |
| v. | § | 146th Judicial District Court |
| LETITIA MARIA CHEERS, | § | of Bell County, Texas |
| Appellee. | § | (TC# 21DFAM326354) |

### J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF MARCH, 2023.

GINA M. PALAFOX, Justice

March 7, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.